UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN JEROME WILLIAMS,

    Plaintiff,

    v.

E HAZEL, et al.,

    Defendants.

Case No. 16-cv-01136-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 13

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition no later than **November 25, 2016**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: 10/27/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge