UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JEROME WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>E HAZEL, et al.,<br><br>        Defendants. | Case No. 16-cv-01136-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT HAZEL'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 21 |

Good cause appearing, defendant Hazel's motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendant Hazel to file a dispositive motion is CONTINUED to **January 9, 2017**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated: 12/15/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge