UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JEROME WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. HAZEL, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01136-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 26 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition no later than **March 7, 2017**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 26.

**IT IS SO ORDERED.**

Dated: 2/6/2017

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge