UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JEROME WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E HAZEL, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01136-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Motions to Dismiss, the Court has dismissed the amended complaint with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 9/25/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge